AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
Eastern District of Texas

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No. 9:15MJ 43 |
| ) | |
| Jeffery Michael Hass ) | |
| ) | |
| ) | |
| _____ ) | |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ July 3, 2015 _____ in the county of _____ Sabine _____ in the

____ Eastern ____ District of _____ Texas _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Possession of a firearm by a convicted felon |

This criminal complaint is based on these facts:

See attached Affidavit of Special Agent Craig Redden

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Special Agent Craig Redden, ATF
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 7/9/15
_____
*Judge's signature*

City and state:  _____ Tyler, Texas _____

K. Nicole Mitchell, United States Magistrate Judge
*Printed name and title*