```
                                                    FILED
                                              U.S. DISTRICT COURT
                                            EASTERN DISTRICT OF TEXAS

                                                  AUG - 5 2015

                                             DAVID J MALAND, CLERK
                                             BY
                                             DEPUTY_____
```

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| v. | § | No. 9:15CR 13 |
| | § | Judge Schneider/Giblin |
| JEFFERY MICHAEL HASS | § | |

## INDICTMENT

THE UNITED STATES GRAND JURY CHARGES:

### Count One

Violation: 18 U.S.C. 922(g)(1)
(Possession of a Firearm by a Prohibited Person)

On or about the 3rd day of July, 2015, in the Eastern District of Texas, **Jeffrey Michael Hass**, defendant, after having been convicted of a crime punishable by imprisonment for a term exceeding one year, to wit: Breaking or Entering, a felony, in Cause Number CR-2008-1028 in the Circuit Court of Sebastian County, Arkansas on December 2, 2008, did knowingly and unlawfully possess in and affecting interstate commerce a firearm, to wit: a Rossi 12 gauge shotgun, serial number T87286.

In violation of 18 U.S.C. 922(g)(1).

A TRUE BILL

_____
GRAND JURY FOREPERSON

JOHN M. BALES
UNITED STATES ATTORNEY

_____ for
PAUL A. HABLE
Assistant United States Attorney

8-5-15
_____
Date

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | No. 9:15CR 13 Judge_____ |
| JEFFERY MICHAEL HASS | § § | |

## NOTICE OF PENALTY

### Count One

Violation: 18 U.S.C. 922(g)(1)

Penalty: Possession of a Firearm by a Prohibited Person

Imprisonment of not more than ten (10) years, a fine not to exceed $250,000 or twice the pecuniary gain to the defendant or loss to the victim, or both imprisonment and a fine; and a term of supervised release of not more than three (3) years. If the Court determines that the defendant is an Armed Career Offender under 18 U.S.C. § 924(e), imprisonment of not less than 15 years and not more than life, a fine not to exceed $250,000 or twice the pecuniary gain to the defendant or loss to the victim, or both; a term of supervised release of not more than five (5) years.

Special Assessment: $100.00